## 27594. HUNT v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 23, 1973.

*Willard C. Farmer, Jr.,* for appellant.

*Larry Evans, Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Frank M. Palmour, Assistant Attorneys General,* for appellee.

## 27624. AIKEN v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 8, 1973.

Judson Aiken, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Frank M. Palmour, Assistant Attorneys General,* for appellee.